R

BR

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

KC **FILED**
JAN 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** UNITED STATES OF AMERICA

**Defendant(s):** FABIAN LAFUENTE

**County of Residence:**

**County of Residence:** US, Outside the State of IL

**Plaintiff's Address:**
1) AUSA

2) Matthew Michael Getter
United State's Attorney's Office
219 S. Dearborn Street, Suite 500
Chicago, IL 60604

**Defendant's Attorney:**
Fabian Lafuente
#13912-424
Waseca - FCI
P.O. Box 1731
Waseca, MN  56093

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[✓] 2. U.S. Government Defendant
[ ] 3. Federal Question (U.S. gov't. not a party)
[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV160
JUDGE LEINENWEBER
MAGISTRATE JUDGE DENLOW

**Origin:**
[✓] 1. Original Proceeding
[ ] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion to Vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** A. E. Woodham  **Date:** 1/8/2008

Leinenweber  01CR881
Denlow