UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

United States Of America

                                Plaintiff,

v.                                                   Case No.: 1:08–cv–00160
                                                   Honorable Harry D. Leinenweber

Fabian Lafuente

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 23, 2008:

      MINUTE entry before Judge Harry D. Leinenweber :The Government's response to LaFuente's Motion to Vacate, Set Aside, or Correct Sentence (1) is due by 3/24/2008. LaFuente's reply is due 4/21/2008. The Court will rule by mail.Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.