UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CV 00160 |
| v. | ) | |
| | ) | Hon. Harry D. Leinenweber |
| FABIAN LAFUENTE | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has also been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/T. Markus Funk
T. MARKUS FUNK
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7635

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

ATTORNEY DESIGNATION

were served on March 19, 2007, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

s/T. Markus Funk
T. MARKUS FUNK
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 886-7635