# United States District Court
## Northern District of Illinois
### Eastern Division

United States of America　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　v.　　　　　　　　　　　　　　　Case Number: 08 C 160

Fabian LaFuente

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Defendant Fabian LaFuente's Motion to Vacate, Set Aside, or Correct His Sentence is Denied.

　　　　　　　　　　　　　　　　　　　　Michael W. Dobbins, Clerk of Court

Date: 8/14/2008　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　/s/ Wanda A. Parker, Deputy Clerk